UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv304

| BRENDA COLLINS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TIAA-CREFF et al, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff Brenda Collins's Motion for Reconsideration of her Second Application to Proceed Without Prepayment of Fees, filed August 8, 2006. (Doc. No. 8).

On July 25, 2006, the Court denied the plaintiff's first Application to Proceed Without Prepayment of Fees, finding that, based upon her financial affidavit, the plaintiff had access to sufficient resources from which to pay the entire $350 filing fee. (Doc. No. 3). On July 31, 2006, the Court likewise denied the plaintiff's Second Application, finding that the plaintiff had not offered any additional information that would suggest that she did not have access to sufficient funds from which to pay the entire $350 filing fee. (Doc. No. 6).

Based on its review of the record, the Court finds that the plaintiff still has not offered any additional information that would suggest that she does not have access to sufficient funds from which to pay the entire $350 filing fee.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Second Application to Proceed Without Prepayment of Fees is **DENIED.**

1

Signed: August 16, 2006

Robert J. Conrad, Jr.
Chief United States District Judge