# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| BRENDA COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIAA-CREF, KATHY JACKSON | ) | Civil No. 3:06CV00304 |
| TARAN NARAYAN, WILLIAM (BOB) | ) | |
| SMITH AND HERB ALLISON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION
### PRO HAC VICE

**THIS MATTER** is before the Court upon the motion of Defendants to allow Allegra J. Lawrence to appear *pro hac vice*, filed October 16, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1(B), the Court notes that Ms. Lawrence has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**SO ORDERED.**

Signed: October 16, 2006

Carl Horn, III
United States Magistrate Judge