# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06CV304-C

| | |
|---|---|
| BRENDA COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TIAA-CREF, KATHY JACKSON,) | |
| TARAN NARAYAN, ROBERT ) | |
| SMITH, and HERB ALLISON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' informal Motion for Extension of Pretrial Deadlines, as stated in its "Reply Memorandum in Support of ... Motion for Sanctions" filed May 21, 2007. See document #73 at n. 5. For the reasons stated therein, the Defendants' Motion shall be granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Defendants' deadline for identifying expert witnesses and filing expert reports is extended to July 31, 2007;[1] the discovery deadline is extended to September 11, 2007; and the deadline for all motions (other than motions in limine and motions to continue) is extended to October 1, 2007.

2. The Clerk is directed to send copies of this Memorandum and Order to the pro se Plaintiff, Brenda Collins, 301-D Heritage Lake Drive, Charlotte, NC 28262; to counsel for the Defendants; and to the Honorable Robert J. Conrad, Jr.

---

[1]The Plaintiff's expert deadline expired on April 6, 2007, and she has not requested an extension of that deadline.

**SO ORDERED**.

Signed: May 25, 2007

Carl Horn, III
United States Magistrate Judge