IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRENDA COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIAA-CREF, KATHY JACKSON, ) | Civil No. 3:06CV00304 |
| TARAN NARAYAN, AND ) | |
| ROBERT SMITH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

**THIS MATTER** is before the Court on the "Defendants' Motion to Stay Discovery Pending Mediation" (document #97) filed December 17, 2007. The Plaintiff filed her "Objection . . ." (document #96) December 11, 2007 (presumably to an advance copy provided by the Defendants). Although the Court notes the Plaintiff's objections, the Defendants' motion is reasonable, especially in light of the brief extension requested and the pending mediation.

**IT IS HEREBY ORDERED** that discovery in this matter is stayed pending mediation. In the event that this case does not settle, the Pretrial Order and Case Management Plan (Docket No. 53) will be amended as follows: (1) the Defendants' deadline for identifying expert witnesses and filing reports will be extended to February 29, 2008; (2) discovery shall be completed on or before March 29, 2008; and (3) the deadline for all motions (except motions *in limine* and motions to continue) shall be April 29, 2008.

**SO ORDERED**.

Signed: December 17, 2007

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge