# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BRENDA COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TIAA-CREF, KATHY JACKSON, | ) Civil No. 3:06CV00304 |
| TARAN NARAYAN, AND | ) |
| ROBERT SMITH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is hereby ordered that the Pretrial Order and Case Management Plan (Docket No. 53) is amended as follows: (1) the Defendants' deadline for identifying expert witnesses and filing reports is extended to April 30, 2008; (2) discovery shall be completed on or before May 30, 2008; and (3) the deadline for all motions (except motions *in limine* and motions to continue) shall be June 30, 2008.

SO ORDERED.

Signed: March 20, 2008

_____
Carl Horn, III
United States Magistrate Judge