IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRENDA COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIAA-CREF, KATHY JACKSON, ) | Civil No. 3:06CV00304 |
| TARAN NARAYAN, AND ) | |
| ROBERT SMITH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby ordered that the Pretrial Order and Case Management Plan (Docket No. 53) is amended as follows: (1) discovery shall be completed on or before August 5, 2008; and (2) the deadline for all motions (except motions *in limine* and motions to continue) shall be September 5, 2008.

**SO ORDERED**.

Signed: May 13, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge