IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV304-C

| | |
|---|---|
| **BRENDA COLLINS,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**TIAA-CREF, et. al.,** )<br>)<br>**Defendants.** )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Application for Admission to Practice Pro Hac Vice [for Jennifer N. Idle]" (document #152) filed November 21, 2008. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 21, 2008

Carl Horn, III
United States Magistrate Judge