# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06CV304-RJC-DSC

| | |
|---|---|
| BRENDA COLLINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIAA-CREF, KATHY JACKSON,)<br>TARAN NARAYAN, and )<br>ROBERT SMITH, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Defendants' Motion to File Letter Brief Under Seal" (document #42). After conferring with the chambers of the District Judge to whom this case is assigned (the Honorable Robert J. Conrad, Jr.), the Defendants' Motion shall be denied.

**NOW, THEREFORE, IT IS ORDERED:**

1. "Defendants' Motion to File Letter Brief Under Seal" (document #42) is **DENIED.**

2. The Clerk of Court is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 7, 2009

David S. Cayer
United States Magistrate Judge