# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:06CV304-C

| | |
|---|---|
| BRENDA COLLINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIAA-CREF, KATHY JACKSON,)<br>TARAN NARAYAN, ROBERT )<br>SMITH, and HERB ALLISON, )<br>)<br>Defendants. )<br>) | <u>ORDER</u> |

**THIS MATTER** is before the Court upon reference from the Honorable Robert J. Conrad, Jr. for a Judicial Settlement Conference.

**NOW THEREFORE, IT IS ORDERED:**

1. The Judicial Settlement Conference shall be held in Courtroom Number 3, Second Floor, United States Courthouse, 401 West Trade Street, Charlotte, North Carolina, on **Tuesday, July 21, 2009, at 10:00 a.m.**

2. The following persons shall attend the Judicial Settlement Conference <u>in person</u>:

a. For an individual party, that party; or for a corporate party, an officer, director, or employee having authority to settle the claim;

b. The parties' principal counsel of record, if any; and

c. For any party against whom a claim is made that is covered in whole or in part by an insurance policy, a representative of the insurance carrier (excluding outside counsel), which representative has full authority to settle the claim.

3. The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff, Brenda Collins, 7112 Rumple Road, Charlotte, NC 28262; to counsel for the Defendants; <u>and to the Honorable</u>

Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: June 23, 2009

David S. Cayer
United States Magistrate Judge