# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Brenda Collins,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-304

TIAA-CREF, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 3009 Order.

Signed: September 23, 2009

_____
Frank G. Johns, Clerk
United States District Court