# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Brenda Collins,

        Plaintiff(s),

vs.

TIAA-CREF, et al,

        Defendant(s).

AMENDED
JUDGMENT IN A CIVIL CASE

3:06cv304

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2009 Order.

Signed: October 21, 2009

Frank G. Johns, Clerk
United States District Court